# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NANCY BITNER<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>LINCOLN LIFE ASSURANCE COMPANY OF BOSTON,<br><br>　　　　　Defendant. | Case No. 2:21-cv-01220-MCE-DB<br><br>**ORDER**<br><br>Current response date: Sept. 14, 2021<br>New response date: Nov. 12, 2021 |

FOR GOOD CAUSE SHOWN, and based upon the joint motion of the parties, it is hereby ordered that the time for Defendant to respond or otherwise plead to the Complaint is hereby **EXTENDED** to **November 12, 2021**.

　　　IT IS SO ORDERED.

Dated: September 7, 2021

_____
MORRISON C. ENGLAND, JR.
SENIOR UNITED STATES DISTRICT JUDGE

Case No. 2:21-cv-01220-MCE-DB