UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NANCY BITNER, | No. 2:21-cv-1220 MCE DB |
| Plaintiff, | |
| v. | ORDER |
| LINCOLN LIFE ASSURANCE COMPANY OF BOSTON, | |
| Defendant. | |

Plaintiff Nancy Bitner commenced this action through counsel on July 12, 2021, by filing a complaint and a motion to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. (ECF Nos. 1 & 2.) On September 7, 2021 the assigned District Judge referred the motion to proceed in forma pauperis to the undersigned. (ECF No. 7.) Plaintiff's in forma pauperis application makes the financial showing required by 28 U.S.C. § 1915(a)(1).

Accordingly, IT IS HEREBY ORDERED that plaintiff's July 12, 2021 motion to proceed in forma pauperis (ECF No. 2) is granted.

Dated: October 18, 2021

DLB:6
DB/orders/orders.civil/bitner1220.ifp.ord

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

1