# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NANCY BITNER<br><br>  Plaintiff,<br><br>  v.<br><br>LINCOLN LIFE ASSURANCE COMPANY OF BOSTON, and DOES 1 to 100.<br><br>  Defendant. | Case No. 2:21-cv-01220-KJM-DB<br><br>**ORDER** |

Upon consideration of the parties' Joint Motion to Stay Litigation to Allow Plaintiff to Exhaust Administrative Remedies, it is hereby ORDERED that said motion is GRANTED and this case is now stayed pending Lincoln's completion of Plaintiff's second appeal regarding her claim for long-term disability benefits.  The parties shall file a joint status report every 60 days, informing the court of the status of the appeal.  Within ten days of the final administrative determination on Plaintiff's second appeal, the parties shall jointly advise the court, explaining whether this matter shall be reopened or dismissed as moot.

**IT IS SO ORDERED.**

DATED:  November 29, 2021.

CHIEF UNITED STATES DISTRICT JUDGE

Case No. 2:21-cv-01220-MCE-DB