Byrne J. Decker, Bar No. 337052
b.decker@ogletree.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Two Monument Square
Suite 703
Portland, ME  04101
Telephone:    207-387-2963
Facsimile:     207-387-2986

Attorneys for Defendant LINCOLN LIFE ASSURANCE COMPANY OF BOSTON

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NANCY BITNER<br><br>           Plaintiff,<br><br>      v.<br><br>LINCOLN LIFE ASSURANCE COMPANY OF BOSTON, and DOES 1 to 100.<br><br>           Defendant. | Case No. 2:21-cv-01220-MCE-DB<br><br>**ORDER GRANTING STIPULATION OF DISMISSAL** |

Pursuant to the stipulation of the parties, the above-entitled action is dismissed as moot in its entirety. Each party shall bear its own fees and cost.  The clerk of court is directed to close this case.

DATED:  December 21, 2021.

_____
CHIEF UNITED STATES DISTRICT JUDGE